**STATE of Missouri, Respondent,**

v.

**Eddie BENNETT, Appellant.**

**No. WD 47101.**

Missouri Court of Appeals,
Western District.

Jan. 25, 1994.

Lee M. Nation, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Joanne E. Beal, Asst. Atty. Gen., Jefferson City, for respondent.

Before KENNEDY, P.J., and ULRICH and SPINDEN, JJ.

**ORDER**

PER CURIAM.

Eddie Bennett appeals his convictions of burglary in the first degree, murder in the second degree, and armed criminal action. We affirm the judgment. Rule 30.25(b).